UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANGELA BELLAS,

                                         Plaintiff,              **NOTICE OF APPEARANCE**

      - against -

                                                                    Docket No: 15 CV 2192

RICHMOND COUNTY AMBULANCE SERVICE, INC.,

                                                                    (JBW)  (VVP)

                                         Defendant.
------------------------------------------------------------------------X
COUNSELORS:

      PLEASE TAKE NOTICE that Defendant, RICHMOND COUNTY AMBULANCE SERVICE, INC, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said Defendant.

Dated: Woodbury, New York
        April 22, 2015

                                              MILBER MAKRIS PLOUSADIS
                                              & SEIDEN, LLP

                                              Elizabeth Gorman
                                              Attorney for Defendant
                                              RICHMOND COUNTY
                                              AMBULANCE SERVICE, INC
                                              1000 Woodbury Road, Suite 402
                                              Woodbury, New York 11797
                                              (516) 712-4000
                                              (516) 712-4013 (Facsimile)
                                              File No.:420-11217

TO:    The Harman Firm P.C.
        Walker J. Harman
        1776 Broadway, Suite 2030
        New York, New York 10019
        (212) 425-2600
        (212) 202-3926 (Facsimile)