UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ANGELA BELLAS,

                            Plaintiff,

     -v-

RICHMOND COUNTY AMBULANCE SERVICE INC.,

                            Defendant,
------------------------------------------------------------------x

SCHEDULING ORDER

15CV2192 (JBW)(PK)

      Counsel for the plaintiff Angela Bellas, has filed a motion seeking leave to withdraw as counsel.

A hearing will be held on this application on Wednesday, December 2, 2015 at 12:00 p.m. in Courtroom 322 North of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York.

      **THE PLAINTIFF ANGELA BELLAS MUST APPEAR IN PERSON AT THE ABOVE SCHEDULED HEARING. FAILURE TO APPEAR AT THE HEARING WILL SERVE AS GROUNDS FOR DISMISSAL OF THIS CASE FOR FAILURE TO PROSECUTE.**

      The movant is hereby directed to serve a copy of this order on the plaintiff by regular mail, and by certified mail return receipt requested, by November 24, 2015. A certification of such service shall be filed in the record. In addition, the movant shall undertake reasonable efforts to speak with the plaintiff by telephone to ensure she is aware of her obligation to attend the hearing.

                                                      **SO ORDERED:**

                                                        *Peggy Kuo*
                                                        PEGGY KUO
                                                        United States Magistrate Judge

Dated: Brooklyn, New York
         November 17, 2015