UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ANGELA BELLAS

           v

RICHMOND COUNTY AMBULANCE
SERVICE INC.
-----------------------------------------------------X

ORDER
CV15-2192

**Jack B. Weinstein, Senior United States District Judge**

The report of the magistrate judge is affirmed. The case is dismissed for failure to prosecute.

SO ORDERED

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 2/1/16

